UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAREEM WALKER,

                         Plaintiff,

    vs                                            9:06-CV-25

M. SCHAAP, STEVENS, B. SULLIVAN,
and P. MURRAY, each Corrections Officer;
and HOFAKER, Corrections Sergeant,

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

DAREEM WALKER
Plaintiff, Pro Se
02-A-0168
Clinton Correctional Facility
PO Box 2001
Dannemora, New York 12929

HON. ANDRE M. CUOMO
Attorney General of the                    CHRISTINA L. ROBERTS-RYBA, ESQ.
  State of New York                          Asst. Attorney General
Attorney for Defendants
Department of Law
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Dareem Walker, brought this civil rights action pursuant to 42 U.S.C.

§ 1983. By Report-Recommendation dated December 4, 2007, the Honorable David R.

Homer, United States Magistrate Judge, recommended that defendants' motion to dismiss

the complaint be granted as to all claims and all defendants.  No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Homer, the Report-Recommendation is accepted and adopted in all respects.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The defendants' motion to dismiss the complaint is GRANTED in all respects;

2. The complaint is DISMISSED; and

2. The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

Dated:   January 23, 2008.
         Utica, New York.

United States District Judge